EPS

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

FILED IN OPEN COURT
JUL 26 2023
CHARLES R. DIARD, JR.
CLERK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIM. NO. 23-CR-00039-JB-MU |
| | * | USAO NO. 23R00057 |
| v. | * | |
| | * | VIOLATIONS: 18 USC § 922(g)(1) |
| **ANTHONY LEE JACKSON** | * | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### Possession of Firearm by a Prohibited Person (felon)
### Title 18, United States Code, Section 922(g)(1)

On or about August 9, 2022, in the Southern District of Alabama, Southern Division, the defendant,

**ANTHONY LEE JACKSON,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit:

1. Receiving Stolen Property in the First Degree, on or about November 18, 2019, in the Circuit Court of Mobile County, Alabama, case number CC-2010-002155;

2. Possession of a Controlled Substance, on or about September 12, 2013, in the Circuit Court of Mobile County, Alabama, case number CC-2013-003622;

3. Unlawful Distribution of a Controlled Substance, on or about March 12, 2018, in the Circuit Court of Mobile County, Alabama, case number CC-2017-001495;

4. Unlawful Distribution of a Controlled Substance, on or about March 12, 2018, in the Circuit Court of Mobile County, Alabama, case number CC-2017-001496;

5. Unlawful Distribution of a Controlled Substance, on or about March 12, 2018, in the Circuit Court of Mobile County, Alabama, case number CC-2017-001497

did knowingly possess, in and affecting commerce, a firearm, namely, a HS Produkt, Model XD-9, 9 mm pistol, serial number US909305, a Glock Model 21Gen4, .45 caliber pistol, serial number BADW942, and a Taurus, The Judge, 45/410 caliber revolver, serial number BP603076.

In violation of Title 18, United States Code, Section 922(g)(1).

## Count Two
## Possession of Firearm by a Prohibited Person (felon)
## Title 18, United States Code, Section 922(g)(1)

On or about March 12, 2023, in the Southern District of Alabama, Southern Division, the defendant,

**ANTHONY LEE JACKSON,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, to-wit:

1. Receiving Stolen Property in the First Degree, on or about November 18, 2019, in the Circuit Court of Mobile County, Alabama, case number CC-2010-002155;

2. Possession of a Controlled Substance, on or about September 12, 2013, in the Circuit Court of Mobile County, Alabama, case number CC-2013-003622;

3. Unlawful Distribution of a Controlled Substance, on or about March 12, 2018, in the Circuit Court of Mobile County, Alabama, case number CC-2017-001495;

4. Unlawful Distribution of a Controlled Substance, on or about March 12, 2018, in the Circuit Court of Mobile County, Alabama, case number CC-2017-001496;

5. Unlawful Distribution of a Controlled Substance, on or about March 12, 2018, in the Circuit Court of Mobile County, Alabama, case number CC-2017-001497

did knowingly possess, in and affecting commerce, a firearm, namely, a HiPoint, Model C9, 9mm pistol, serial number P1402140.

In violation of Title 18, United States Code, Section 922(g)(1).

## Forfeiture Notice

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses in violation of Title 18, United States Code, Section 922(g) set forth in Count One and Two of this Indictment, the defendant,

**ANTHONY LEE JACKSON,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g), including, but not limited to:

1. One Glock Model 21Gen4, .45 caliber pistol, serial number BADW942;
2. One Taurus, The Judge, 45/410 caliber revolver, serial number BP603076;
3. Seven rounds of 9mm ammunition;
4. Forty two rounds of .45 caliber ammunition;
5. Three magazines
6. One HiPoint, Model C9, 9mm pistol, serial number P1402140; and
7. One round of 9mm ammunition
8. All pursuant to Title 18, United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

*[signature]*
ELIZABETH P. STEPAN
Assistant United States Attorney

*[signature: Sean P. Costello by Karee S. Heisterhagen]*
SEAN P. COSTELLO
United States Attorney

JULY 2023